UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER HOFFMAN MCCANN, P.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMICO MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-01207-SI<br><br>**ORDER RE: PROPOSED JUDGMENT** |

In an order filed February 17, 2016, the Court denied plaintiff's motion for partial summary judgment and granted defendant's motion for summary judgment. The Court directs defense counsel to prepare and file by February 29, 2016, a proposed judgment that has been approved as to form by plaintiff's counsel.

**IT IS SO ORDERED**.

Dated: February 23, 2016

SUSAN ILLSTON
United States District Judge