TUCKER ELLIS LLP
Robert A. Cutbirth, SBN 131279
One Market Plaza, Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:  415.617.2400
Facsimile:   415.617.2409

Attorneys for Plaintiff and Counter-Defendant
MAYER HOFFMAN McCANN, P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER HOFFMAN McCANN, P.C., <br><br> Plaintiff, <br><br> v. <br><br> CAMICO MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:15-cv-01207-SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER** <br><br> <u>CURRENT DATE</u> <br> **Date:          May 17, 2016** <br> **Time:          3:00 p.m.** <br> **Dept:           10** <br> **Judge:         Honorable Susan Illston** |
| CAMICO MUTUAL INSURANCE COMPANY, <br><br> Counter-Claimant, <br><br> v. <br><br> MAYER HOFFMAN McCANN, P.C., <br><br> Counter-Defendant. | <u>PROPOSED NEW DATE</u> <br> **Date:          June 2, 2016** <br> **Time:          3:00 p.m.** <br> **Dept:           10** <br> **Judge:         Honorable Susan Illston** |

As part of the Court's Order granting Plaintiff Mayer Hoffman McCann, P.C.'s ("MHM") Motion for Reconsideration, a new Case Management Conference was quickly scheduled for May 17, 2016.

Lead Counsel for MHM, Robert Cutbirth, is already double-set for two mediations to be conducted in Los Angeles on that date, and will be going back and forth between the two mediation sites. There is no other attorney who can step into either of those cases, let alone both.

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
014002\000001\407270.1

Thus, counsel for MHM and Camico Mutual Insurance Company (as duly authorized on May 9, 2016 by CAMICO's counsel, Cheryl Orr), hereby request the Court through this Stipulation to continue the Case Management Conference until the Court's return from its scheduled break, **June 2, 2016**, at **3:00 p.m.**, or anytime thereafter that the Court deems appropriate.

The parties will also prepare and submit their Joint Case Management Conference Statements accordingly.

DATED: May 10, 2016              TUCKER ELLIS LLP

By: /s/ Robert A. Cutbirth
Robert A. Cutbirth
Attorneys for Plaintiff and Counter-Defendant
MAYER HOFFMAN McCANN, P.C

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED,** that the Case Management Conference currently scheduled for May 17, 2016 is hereby continued to June 2, 2016, at 3:00 p.m.

Dated: 5/10/16                By: /s/ Susan Illston
Susan Illston
United States District Judge

## CERTIFICATE OF SERVICE

I, Anna Villanueva, certify and declare as follows: I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis LLP, and my business address is One Market Plaza, Steuart Tower, Suite 700, San Francisco, California 94105, which is located in the city, county and state where the service described below took place. My email address is anna.villanueva@tuckerellis.com.

On this date, I served on all interested parties in this action a copy of the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

[ X ]   by electronically serving the documents described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the PACER website.

[ X ]   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2016, at San Francisco, California.

Anna Villanueva