UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYER HOFFMAN MCCANN, P.C.,

    Plaintiffs,

v.

CAMICO MUTUAL INSURANCE COMPANY,

    Defendants.

Case No. 15-cv-01207-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 1, 2016.

DESIGNATION OF EXPERTS: 1/13/17; REBUTTAL: 1/30/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 3, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 27, 2017;
    Opp. Due: February 10, 2017; Reply Due: February 17, 2017;
    and set for hearing no later than March 3, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 2, 2017 at 3:30 PM.

JURY TRIAL DATE: May 15, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate Judge Westmore for purposes of settlement.  The settlement conference shall occur in October 2016.

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated:  6/2/16

_____
SUSAN ILLSTON
United States District Judge