UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER HOFFMAN MCCANN, P.C., <br> Plaintiff, <br> v. <br> CAMICO MUTUAL INSURANCE COMPANY, <br> Defendant. | Case No. 15-cv-01207-SI <br><br> **ORDER TO PAY JURY COSTS** |

The Jury Administrator has calculated the amount of the jury costs in this case to be $3,944.09. As agreed in open court, each side shall pay half the amount. Accordingly, each party shall pay $1,972.05 by check payable to "Clerk, United States District Court, Northern District of California," no later than June 9, 2017.

**IT IS SO ORDERED**.

Dated: May 23, 2017

SUSAN ILLSTON
United States District Judge